1  Susan St. Vincent
   Acting Legal Officer
2  Matthew McNease
   Acting Legal Officer
3  NATIONAL PARK SERVICE
   Legal Office
4  P.O. Box 517
   Yosemite, California  95389
5  Telephone:  (209) 372-0241
6
7
8
9              UNITED STATES DISTRICT COURT
10             EASTERN DISTRICT OF CALIFORNIA
11

| UNITED STATES OF AMERICA, | No. 6:14-MJ-0067-MJS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| JACOB ERBECK, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice. The Government has reached an agreement with Defendant, through counsel, whereby a bailable citation will issue.
.

Dated:  August 19, 2014           NATIONAL PARK SERVICE

                                   /S/ Matthew McNease
                                  Matthew McNease
                                  Acting Legal Officer
                                  Yosemite National Park, CA

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Jacob Erbeck,* 6:14-mj-0067-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   August 19, 2014            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE